JS - 6

**FILED: 5/7/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Rudy Gonzales*,

    Plaintiff,

v.

*City of Los Angeles, et al.*

    Defendants.

CASE NO. CV 11-9631-GHK (JCx)

JUDGMENT

Pursuant to the Court's May 7, 2013 Order, IT IS ADJUDGED that Plaintiff Rudy Gonzales's § 1983 and *Monell* claims against Defendants City of Los Angeles and Police Chief Charlie Beck are **DISMISSED with prejudice.** The remaining claims are **REMANDED** to the state court from which this action was removed.

**IT IS SO ORDERED**.

DATED: May 7, 2013

_____
GEORGE H. KING
Chief United States District Judge